WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, VW Credit, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO DE LA CANAL, an individual<br><br>Plaintiff,<br><br>v.<br><br>VW CREDIT, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:23-cv-00131-ART-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant VW Credit, Inc. ("VCI") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff Sergio De La Canal's ("Plaintiff") Complaint (First Request):

On January 24, 2023, Plaintiff filed his Complaint for purported Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. [ECF No. 1]. The Complaint and Summons were purportedly served on VCI on January 26, 2023, creating a response deadline of February 16, 2023.

VCI's counsel is still investigating the allegations raised in Plaintiff's Complaint and is evaluating a settlement demand with supporting documents from Plaintiff. Plaintiff and VCI have discussed extending VCI's response deadline by 30-days to March 20, 2023 accordingly. On February 8, 2023, Plaintiff's counsel approved the 30-day extension.

Based upon the foregoing, VCI respectfully requests that the Court extend the deadline for VCI to file its response to Plaintiff's Complaint to March 20, 2023. This is the first request for

extension of time for VCI to respond to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

Dated 14th day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*

Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for VW Credit, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2023