# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGIO DE LA CANAL,

    Plaintiff,

v.

VW CREDIT, INC.,

    Defendant.

Case No. 2:23-cv-00131-ART-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 12, 2023, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: May 2, 2023

                                                      _____
                                                      Nancy J. Koppe
                                                      United States Magistrate Judge