Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO DE LA CANAL, an individual;<br><br>Plaintiff;<br><br>v.<br><br>VW CREDIT, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:23-cv-00131-ART-NJK<br><br>**ORDER GRANTING**<br><br>STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE |

Plaintiff, Sergio De La Canal ("Plaintiff"), and Defendant, VW Credit, Inc. ("VCI") (collective referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under FRCP 41(a), with Plaintiff and VCI bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: May 23, 2023

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 23, 2023

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Jory C. Garabedian*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
jgarabedian@wrightlegal.net
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 24, 2023